**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | CASE NO. 1:23-cr-38 |
| **Plaintiff,** | : | |
| | : | JUDGE Barrett |
| **v.** | : | |
| | : | **I N D I C T M E N T** |
| **CHAD BAUER,** | : | |
| | : | 18 U.S.C. § 924(a)(1)(A) |
| | : | |
| **Defendant.** | : | **FORFEITURE ALLEGATION** |
| | : | |

**THE GRAND JURY CHARGES**:

At times relevant to this Indictment:

1.     The following businesses were licensed dealers of firearms within the meaning of Chapter 44, Title 18, United States Code:

a.  North College Hill Gun Store LLC, at 1849 W. Galbraith Rd., Cincinnati, Ohio ("North College Hill Gun Store"); and

b.  Target Holdings Inc. d/b/a Target World, at 2300 E. Kemper Rd., Cincinnati, Ohio ("Target World").

## COUNTS 1-2
### (False Statement During Purchase of Firearm)

1.     Paragraph 1 of the Indictment is incorporated here.

2.     On or about the following dates, in the Southern District of Ohio, the defendant, **CHAD BAUER**, knowingly made a false statement and representation to the federally licensed firearms dealer listed below, a person licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of

1

Title 18, United States Code, to be kept in the records of the said federally licensed firearms dealer, in that the defendant did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives Form 4473, Firearms Transaction Record, to the effect that his current address was 4614 Carter Avenue, Cincinnati, Ohio, when in fact, as **CHAD BAUER** then knew, his current address was not 4614 Carter Avenue, Cincinnati, Ohio:

| Count | Date, on or about | Federal Firearms Licensee |
|-------|-------------------|---------------------------|
| 1 | 4/30/22 | North College Hill Gun Store |
| 2 | 5/6/22 | Target World |

**In violation of Title 18, United States Code, Section 924(a)(1)(A).**

### FORFEITURE ALLEGATION

Upon conviction of any offense set forth in this Indictment, the defendant, **CHAD BAUER**, shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), any firearms and ammunition involved in or used in the commission of such violation(s).

### SUBSTITUTE ASSETS

If any of the property described above, as a result of any act or omission of the defendant:

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third party;

c. has been placed beyond the jurisdiction of the court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be divided without difficulty,

it is the intent of the United States, pursuant to 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c), to seek forfeiture of any other property of the defendant, up to the value of the property described above.

**A TRUE BILL.**

/S/
_____
**GRAND JURY FOREPERSON**

**KENNETH L. PARKER**
**UNITED STATES ATTORNEY**

*Julie D. Garcia*
_____
**JULIE D. GARCIA**
**ASSISTANT UNITED STATES ATTORNEY**

3