UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | CASE NO. 1:23-CR-038 |
| Plaintiff, | : | |
| | : | JUDGE BARRETT |
| v. | : | |
| | : | **SUPERSEDING INFORMATION** |
| CHAD BAUER, | : | |
| | : | 18 U.S.C. § 922(a)(6) |
| Defendant. | : | |
| | : | FORFEITURE ALLEGATION |

**THE UNITED STATES ATTORNEY CHARGES**:

At times relevant to this Superseding Information:

1. North College Hill Gun Store LLC, at 1849 W. Galbraith Rd., Cincinnati, Ohio ("North College Hill Gun Store"), was a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code.

## COUNT 1
### (False Statement During Purchase of Firearm)

2. Paragraph 1 is incorporated here.

3. On or about April 30, 2022, in the Southern District of Ohio, the defendant, **CHAD BAUER**, in connection with the acquisition of a firearm from North College Hill Gun Store, knowingly made a false and fictitious written statement to North College Hill Gun Store, which statement was intended and likely to deceive North College Hill Gun Store as to a fact material to the lawfulness of such sale of the said firearm to the defendant under Chapter 44 of Title 18, United States Code, in that the defendant did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473, Firearms Transaction Record, to

1

the effect that that he was the actual transferee/buyer of all firearms listed on the Form 4473, when in fact, as the defendant then knew, he was buying at least one of the firearms for another person.

**In violation of Title 18, United States Code, Section 922(a)(6).**

### FORFEITURE ALLEGATION

Upon conviction of the offense set forth in this Superseding Information, the Defendant, **CHAD BAUER**, shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), any firearms and ammunition involved in or used in the commission of such violation.

KENNETH L. PARKER
UNITED STATES ATTORNEY

*/s/ Julie D. Garcia*
**JULIE D. GARCIA**
**ASSISTANT UNITED STATES ATTORNEY**